1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **LAKEITH L. McCOY,**                        Case No. 1:13-cv-01495 BAM (PC)

                                    Plaintiff,    ORDER GRANTING DEFENDANTS'
13                                                REQUEST FOR EXTENSION OF TIME TO
                                                  RESPOND TO COMPLAINT PENDING
14         **v.**                                 RULING ON MOTION TO REVOKE IN
                                                  FORMA PAUPERIS STATUS
15   **M. GARIKAPARTHI, et al.,**
                                                  (ECF No. 25)
16                                   Defendants.

17

18        Plaintiff LaKeith L. McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma

19   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on

20   Plaintiff's first amended complaint against Defendants Garikaparthi, Steiber, Keeler and Chavez

21   for violation of Plaintiff's Eighth Amendment rights arising from the alleged deprivation of

22   adequate food.

23        On November 19, 2015, Defendants filed a motion to revoke Plaintiff's in forma pauperis

24   status or to dismiss this case. (ECF No. 26.) The same day, Defendants also filed a motion to

25   request an extension of time to file a response to Plaintiff's complaint pending a ruling on their

26   other motion. (ECF No. 25.) Since the disposition of the motion to revoke Plaintiff's in forma

27   pauperis status or to dismiss this case may obviate the need for a responsive pleading in this case,

28

                                                    1

1    Defendants seek an extension of time until 45 days after the Court issues its ruling to respond to

2    Plaintiff's complaint.

3        Defendants have shown good cause for their requested extension, based on the need to

4    conserve resources, time and expenses. Accordingly, it is HEREBY ORDERED that Defendants'

5    motion (ECF No. 25) is GRANTED. Within 45 days after the Court's order on Defendants'

6    motion to revoke Plaintiff's in forma pauperis status or to dismiss this case is served, Defendants

7    shall file a response to Plaintiff's complaint.

8
     IT IS SO ORDERED.
9

10       Dated:    **December 9, 2015**            /s/ *Barbara A. McAuliffe*          _

11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28