# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>M. GARIKAPARTHI, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01495-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS<br><br>RESPONSE DUE IN 10 DAYS |

Plaintiff Lakeith L. McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's first amended complaint, filed November 17, 2014, against defendants M. Garikaparthi, A. Steiber, J. Keeler, and T. Chavez ("Defendants") for failure to provide adequate food in violation of the Eighth Amendment. (ECF No. 10.)

This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction. (ECF No. 7.) However, the record reflects that Defendants have not filed valid consent or decline forms despite appearing in this action. Therefore, Defendants shall notify the Court within ten (10) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of the Court is directed to send Defendants a copy of the consent/decline form

1

and the instructions for consent to Magistrate Judge jurisdiction; and

2. Defendants shall complete and return the consent or request for reassignment forms within **ten (10) days** of service of this order.

IT IS SO ORDERED.

Dated: **December 22, 2016**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE