# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH MCCOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. GARIKAPARTHI, et al.,<br><br>　　　　Defendants. | 1:13-cv-01495-DAD-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS GARIKAPARTHI, STEIBER, KEELER AND CHAVEZ TO FILE RESPONSIVE PLEADING<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff LaKeith McCoy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds against Defendants Garikaparthi, Steiber, Keeler and Chavez ("Defendants") for violation of Plaintiff's Eighth Amendment rights arising from the alleged deprivation of adequate food.

On March 3, 2017, the Court denied Defendants' motion to dismiss. (ECF No. 48.) Accordingly, Defendants shall file an answer or other responsive pleading to Plaintiff's first amended complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **April 4, 2017**　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1